IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03331-PAB
Criminal Case No. 99-cr-00061-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOHN WESLEY RADCLIFF,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Philip A. Brimmer, U.S. District Judge, on December 17, 2013 (Docket No. 1436), the following Final Judgment is hereby entered:

It is ORDERED as follows:

1. That the 28 U.S.C. § 2255 motion, filed December 10, 2013 (#1435), is DENIED;

2. That the corresponding civil action is dismissed;

3. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

4. That leave to proceed in forma pauperis on appeal is DENIED without prejudice to the filing of a motion seeking leave to proceed in forma pauperis on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated at Denver, Colorado this   17th   day of December, 2013.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK
                                                By:  s/ Edward P. Butler
                                                      Edward P. Butler, Deputy Clerk