IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-03331-PAB
Criminal Case No. 99-cr-00061-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOHN WESLEY RADCLIFF,

    Defendant.

---

## ORDER DISMISSING 28 U.S.C. § 2255 MOTION

---

The matter is before the Court on the Order Denying Certificate of Appealability [Docket No. 1451] entered by the United States Court of Appeals for the Tenth Circuit on May 7, 2014. Although the Tenth Circuit denied defendant John Wesley Radcliff a certificate of appealability to appeal from the Court's Order Denying 28 U.S.C. § 2255 Motion [Docket No. 1436], it vacated the Final Judgment [Docket No. 1437] and remanded the matter with instructions to dismiss Mr. Radcliff's unauthorized second or successive 28 U.S.C. § 2255 motion for lack of jurisdiction.

Accordingly, it is

**ORDERED** that John Wesley Radcliff's Motion Under 28 U.S.C. § 2255 [Docket No. 1435] is DISMISSED for lack of jurisdiction.

DATED May 16, 2014.

              BY THE COURT:

              s/Philip A. Brimmer
              PHILIP A. BRIMMER
              United States District Judge